UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CARL MORGAN, ET AL                                         CIVIL ACTION

VERSUS                                                     NUMBER: 18-0571

SURIM TRUCKING EXPRESS, ET AL                              SECTION: "L"(5)

**ORDER**

Defendants have filed a motion in this case which, including exhibits, is 113 pages in length. (Rec. doc. 14). Because that submission is greater than 50 pages in length, within three (3) working days counsel for Defendants shall deliver a hard copy of said motion and exhibits to the undersigned's chambers at 500 Poydras Street, Room B419. This copy must be bound, tabbed, and reflect pagination and document numbers consistent with the electronic document stamping of the CM/ECF system. Counsel for the parties are reminded that any future filings greater than 50 pages in total length shall automatically be subject to the same requirement.

New Orleans, Louisiana, this 20th day of August, 2018.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE