MINUTE ENTRY
NORTH, M.J.
SEPTEMBER 12, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARL MORGAN, ET AL | CIVIL ACTION |
| VERSUS | NUMBER: 18-0571 |
| SURIM TRUCKING EXPRESS, ET AL | SECTION: "L"(5) |

## HEARING ON MOTION

COURT REPORTER: Mary Thompson

APPEARANCES: Benjamin Pri-Tal, Jennifer Simmons, Jason Baer

MOTION:

(1) Defendants' Motion to Compel (Rec. doc. 14).

_____: Continued to

_____: No opposition

__1__: Opposition

## ORDERED

_____: Dismissed as moot.

_____: Dismissed for failure of counsel to appear.

_____: Granted.

_____: Denied.

__1__: Other. Within 14 days, Plaintiffs are to provide full and complete supplemental responses to Defendants' discovery requests in light of the

MJSTAR (00:10)

information that is to be provided to them by the Defendants that was discovered during the course of their independent investigation.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE