UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARL MORGAN, SHIRLEY MORGAN | * | CIVIL ACTION NO. 2:18-cv-00571 |
| DANIEL HARRIS, AND | * | |
| ON BEHALF OF THE MINOR, | * | |
| NYLA ARNOLD | * | JUDGE ELDON E. FALLON |
| **Plaintiffs** | * | |
| | * | |
| VERSUS | * | MAG. MICHAEL B. NORTH |
| | * | |
| SURIM TRUCKING EXPRESS | * | |
| AKRAM QURAEA AND | * | |
| AMERISURE MUTUAL | * | |
| INSURANCE COMPANY | * | |
| **Defendants** | * | |

*******************************************************************************

## DEFENDANTS' WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes the defendants, Akram Quraea, Surim Trucking Express, Inc, and Amerisure Mutual Insurance Company (hereinafter referred to as "Defendants"), who, submit the following Witness and Exhibit List which includes names of individuals who it may call as trial witnesses and exhibits which it may introduce at trial of this matter.

However, Defendants reserve the right to amend and supplement these lists as discovery progresses.

## WITNESS LIST

1. Carl G. Morgan, Plaintiff-Driver;

2. Shirley Morgan, Plaintiff-Passenger;

3. Daniel Harris, Plaintiff-Passenger;

1

4. Nyla Arnold, Plaintiff-Passenger;

5. Melvin Hunter, NOPD, Investigating Officer;

6. Jeremy Valley, Property Damage Appraisers;

7. Akram Quraea, Defendant-Driver;

8. Corporate Representative of Surim Trucking Express, Inc.-Defendant-Employer of Defendant Driver;

9. Corporate Representative of Amerisure Mutual Insurance Company;

10. Any individuals identified in Plaintiffs' Rule 26 disclosures or W/E Lists;

11. Any individuals identified in discovery in this matter;

12. Any experts retained in this matter;

13. Any medical professionals providing treatment to Plaintiffs, past, present or future;

14. Any individuals who witnessed the subject accident and/or have knowledge of the subject accident;

15. Any individuals who have knowledge of Plaintiffs' alleged injuries and/or have knowledge of Plaintiffs' contemporaneous lawsuits;

16. Any witness with information regarding Plaintiffs' alleged damages;

17. Any witness to rebut allegations or contentions put into evidence by any party or any party's witnesses;

18. Any witness who is identified in the course of discovery;

19. Any expert retained by any other party;

20. Any experts retained or to be retained by Defendants in the future;

21. Any expert to testify as to the plaintiffs' alleged damages;

22. Any medical physician who treated plaintiffs for their alleged injuries; and

23. Any witness listed by any other party.

24. Sean Alfortish;

25. Ryan Harris;

26. Shirley Mae Harris (Arnold);

27. Selita Harris;

28. Darnell Harris;

29. Evelina Harris;

30. Kenneth Harris;

31. Tara Blunt;

32. Willard Perry;

33. Jasmine Howard;

34. Tiffany Turner;

35. Loy Ernst;

36. Eric Lonseth, MD;

36. Peter Liechty, MD; and,

37. John Hamide, MD.

## EXHIBIT LIST

1. Amerisure Mutual Insurance Company policy number CA 20143670007 which was issued to Surim Trucking Express, Inc

2. Expert IME reports of Dr. Everett Robert for Carl and Shirley Morgan;

3. Expert Life Care Plan reports of Nancy Favaloro for Carl and Shirley Morgan;

4. Any and all documents obtained from medical providers including but not limited medical bills, billed charges, write-offs payment agreements, and financing agreements;

5. Phone records for Shirley Morgan, Carl Morgan, Shirley Harris, and any other later identified person involved in this or other related 18-wheeler alleged side-swipe accidents.

6. Any and all documents obtained from plaintiffs "medical financing" providers including but not limited to Total Medical Concepts, Diagnostic Management Affiliates, and Medport;

7. Any videos, photographs, or recorded statements of Plaintiffs;

8. Any and all evidence necessary to rebut or impeach documents or testimonies put into evidence by Plaintiffs or Plaintiffs' witnesses, including social media information;

9. Any documents relied upon by any expert in forming their opinions;

10. Any reports prepared by an expert, including Plaintiffs' experts;

11. Any and all medical records, past and present, of the Plaintiffs;

12. All discovery requests and responses thereto;

13. Any documents listed or introduced by another party;

14. Recordings of 911 calls made during and following the incident;

15. Investigating officer's body camera and dash camera footage;

16. Property damage appraisal of Jeremy Valley;

17. Documents regarding any past or concurrent lawsuits filed by Plaintiffs.

18. Internal accident report of Surim Trucking Express, Inc.;

19. NOPD accident report for the accident concerned herein;

20. Information regarding Plaintiffs' criminal history, including arrests and convictions;

21. NOPD accident reports for lawsuits filed by family and associates of Plaintiffs in 18-wheeler side-swipe accidents on I-10;

22. Related lawsuits by family and associates of Plaintiffs regarding 18-wheeler side-swipe accidents on I-10 and other roads in Orleans Parish;

23. Documents filed in related lawsuits by family and associates of Plaintiffs regarding 18-wheeler side-swipe accidents on I-10 and other roads in Orleans Parish;

24. Transcripts of testimony given in related lawsuits by family and associates of Plaintiffs regarding 18-wheeler side-swipe accidents on I-10 and other roads in Orleans Parish.

25. Deposition transcripts from any depositions taken in this matter.

26. Any and all correspondence exchanged in this matter.

27. Any pleadings filed in this matter and any attachments thereto.

Defendants reserve their right to supplement these disclosures as litigation progresses.

Respectfully submitted,

*/s/ Benjamin M. Pri-Tal*

**JENNIFER L. SIMMONS (#30060), T.A.**
**OLIVIA Y. TRUONG (#34990)**
**BENJAMIN M. PRI-TAL (#37264)**
**MELCHIODE MARKS KING LLC**
639 Loyola Avenue, Suite 2550
New Orleans, Louisiana 70113
Telephone: (504) 336-2880
Facsimile: (504) 336-2342
Email: jsimmons@mmkfirm.com
otruong@mmkfirm.com
bprital@mmkfirm.com
*Counsel for Defendants, Surim Trucking Express, Akram Quraea, and Amerisure Mutual Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading was filed this 5th day of November, electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Benjamin M. Pri-Tal*

**BENJAMIN M. PRI-TAL**