MINUTE ENTRY
NORTH, M.J.
DECEMBER 18, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARL MORGAN, ET AL | CIVIL ACTION |
| VERSUS | NUMBER: 18-0571 |
| SURIM TRUCKING EXPRESS, ET AL | SECTION: "L"(5) |

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

PRESENT:  Jason Baer        Jennifer Simmons
          Joshua Stein      Benjamin Pri-Tal
          Vanessa Motta

Negotiations were successful and resulted in the settlement of Plaintiffs' claims.

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE ELDON E. FALLON

MJSTAR (01:45)