UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARL MORGAN ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-571** |
| **SURIM TRUCKING EXPRESS ET AL.** | **SECTION "L" (5)** |

## ORDER

Having been informed that the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and is hereby **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. **COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS MUST** be notified by counsel not to appear.

New Orleans, Louisiana, this 19th day of December, 2018.

UNITED STATES DISTRICT JUDGE